WILLARD B. BOTTOME, Appellant, *v.* JAMES R. NEELEY et al., Respondents.

*Bottome* v. *Neeley*, 124 App. Div. 600, affirmed.
(Argued January 25, 1909; decided February 9, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1908, which affirmed an order of the Appellate Term reversing a judgment of the Municipal Court of the city of New York in favor of plaintiff and granting a new trial in an action to recover stenographer's and referee's fees alleged to have been earned in a Surrogate's Court proceeding to which the defendants were parties.

The order of the Appellate Division directed judgment absolute for defendants on the plaintiff's stipulation.

*John W. Searing, Charles O. Maas* and *B. Sterling Bottome* for appellant.

*Sanford S. Gowdey* for respondents.

Judgment affirmed, with costs, on opinion of Houghton, J., below.

Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett, Hiscock and Chase, JJ.